UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., ROYAL MILE ASSET MANAGEMENT, LLC and PAMELA LANG, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UPMC and HIGHMARK INC.,<br><br>Defendants. | ECF Case<br><br>Case No.: 2:10-cv-01609-AJS<br><br>Related to Case 2:09-cv-0480-AJS<br><br>Judge Arthur J. Schwab |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

The undersigned, George E. McGrann, is counsel with the law firm of Schnader, Harrison, Segal & Lewis, LLP, with an office located in this judicial district at Fifth Avenue Place, Suite 2700, 120 Fifth Avenue, Pittsburgh, PA 15222. I am admitted to practice in the Commonwealth of Pennsylvania and am a member of the Bar of the Supreme Court of Pennsylvania, as well as this Court, and have entered my appearance in this action on behalf of Defendant UPMC.

Mr. McGrann now moves this Court to grant leave to Michael S. Winograd, Esquire to practice before this Court for purposes of this action. In support hereof, I state:

1. Michael S. Winograd is a member in good standing of the Bars of the State of New York, the Southern District of New York, the Eastern District of New York, the Western District of Michigan, the U.S. Court of Appeals for the Second Circuit, and the U.S. Supreme Court. He has never been disbarred, suspended or disciplined by any court.

2. Mr. Winograd is of counsel with the law firm of Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, 40th Floor, New York, NY 10019. His telephone number is 212-999-5800. His e-mail address is mwinograd@wsgr.com.

3. The declaration of Michael S. Winograd in support of this motion is attached hereto as Exhibit A.

WHEREFORE, movant, George E. McGrann, respectfully requests that an Order granting admission *pro hac vice*, in substantially the form attached hereto, be entered in due course.

SCHNADER HARRISON SEGAL & LEWIS LLP

By  /s/ George E. McGrann
George E. McGrann
Pa. Id. No. 25604

Suite 2700, Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

gmcgrann@schnader.com

(412) 577-5200 (Telephone)
Date:  January 3, 2011              (412) 765-3858 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, I electronically filed Defendant UPMC's **Motion for Admission of Counsel** *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **Attorneys for Plaintiffs:** | **Attorneys for Defendant, Highmark, Inc.:** |
|---|---|
| Arthur H. Stroyd, Jr. (PA I.D. #15910)<br>DEL SOLE CAVANAUGH STROYD LLC<br>200 1st Avenue, Suite 300<br>Pittsburgh, PA  15222<br>Telephone:  (412) 261-2393<br>Facsimile:  (412) 261-2110<br><br>Andrew M. Stone<br>STONE LAW FIRM, LLC<br>The Frick Building Suite 1806<br>437 Grant Street<br>Pittsburgh, PA  15219<br>Telephone:  (412) 391-2005<br>Facsimile:  (412) 391-0853 | Daniel I. Booker (PA I.D. #10319)<br>Jeffrey J. Bresch (PA I.D. #66777)<br>P. Gavin Eastgate (PA I.D. #86061)<br>William J. Sheridan (PA I.D. #206718)<br>REED SMITH LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA  15222<br>Telephone:  (412) 288-3131<br>Facsimile:  (412) 288-3063 |

                                        /s/ George E. McGrann
                                        George E. McGrann