UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., ROYAL MILE ASSET MANAGEMENT, LLC and PAMELA LANG, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UPMC and HIGHMARK INC.,<br><br>Defendants. | ECF Case<br><br>Case No.: 2:10-cv-01609-AJS<br><br>Related to Case 2:09-cv-0480-AJS<br><br>Judge Arthur J. Schwab |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

The undersigned, George E. McGrann, is counsel with the law firm of Schnader, Harrison, Segal & Lewis, LLP, with an office located in this judicial district at Fifth Avenue Place, Suite 2700, 120 Fifth Avenue, Pittsburgh, PA 15222.   I am admitted to practice in the Commonwealth of Pennsylvania and am a member of the Bar of the Supreme Court of Pennsylvania, as well as this Court, and have entered my appearance in this action on behalf of Defendant UPMC.

Mr. McGrann now moves this Court to grant leave to Jonathan M. Jacobson, Esquire to practice before this Court for purposes of this action.   In support hereof, I state:

1.       Jonathan M. Jacobson is a member in good standing of the Bars of the State of New York, the Eastern District of New York, the Northern District of California, the Northern District of New York, the Southern District of New York, the Western District of North Carolina, the U.S. Court of Appeals for the D.C. Circuit, the U.S. Court of Appeals for the

Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court.   He has never been disbarred, suspended or disciplined by any court.

2.      Mr. Jacobson is a partner with the law firm of Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, 40th Floor, New York, NY 10019.  His telephone number is 212-999-5800.  His e-mail address is jjacobson@wsgr.com.

3.      The declaration of Jonathan M. Jacobson in support of this motion is attached hereto as Exhibit A.

WHEREFORE, movant, George E. McGrann, respectfully requests that an Order granting admission *pro hac vice*, in substantially the form attached hereto, be entered in due course.

SCHNADER HARRISON SEGAL & LEWIS LLP

By____/s/ George E. McGrann_____
            George E. McGrann
            Pa. Id. No. 25604

Suite 2700, Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222

gmcgrann@schnader.com

(412) 577-5200 (Telephone)
(412) 765-3858 (Facsimile)

Date:  January 3, 2011

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, I electronically filed Defendant UPMC's **Motion for Admission of Counsel** *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs:**

Arthur H. Stroyd, Jr. (PA I.D. #15910)
DEL SOLE CAVANAUGH STROYD LLC
200 1st Avenue, Suite 300
Pittsburgh, PA  15222
Telephone:  (412) 261-2393
Facsimile:  (412) 261-2110

Andrew M. Stone
STONE LAW FIRM, LLC
The Frick Building Suite 1806
437 Grant Street
Pittsburgh, PA  15219
Telephone:  (412) 391-2005
Facsimile:  (412) 391-0853

**Attorneys for Defendant, Highmark, Inc.:**

Daniel I. Booker (PA I.D. #10319)
Jeffrey J. Bresch (PA I.D. #66777)
P. Gavin Eastgate (PA I.D. #86061)
William J. Sheridan (PA I.D. #206718)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

/s/ George E. McGrann
George E. McGrann