**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROYAL MILE COMPANY, INC., ROYAL MILE ASSET MANAGEMENT, LLC and PAMELA LANG, <br><br> on their own behalf and on behalf of all other similarly situated, <br><br>   Plaintiffs, <br><br>  v. <br><br> UPMC  and HIGHMARK, INC., <br><br>   Defendants. | Civil Action No. 2:10-cv-01609-JFC <br><br> **ELECTRONICALLY FILED** |

**DEFENDANT UPMC'S MOTION FOR ADMISSION *PRO HAC VICE* OF JOE SIMS**

Defendant UPMC, through the undersigned attorney, Rebekah B. Kcehowski, a member of the bar of the United States District Court for the Western District of Pennsylvania, hereby moves that Joe Sims be admitted to practice in this Court as counsel *pro hac vice* for UPMC.  In support of this motion, Attorney Kcehowski certifies the following:

1.      Joe Sims is a partner in the law firm of Jones Day practicing in Washington, D.C. He is a member in good standing with the District of Columbia Bar and has been since 1978.

2.      Mr. Sims is admitted to practice in the Arizona Supreme Court and federal courts throughout the country, including the United States Supreme Court; the United States Courts of Appeal for the Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the United States District Court for the District of Columbia.

3.      Mr. Sims has never been the subject of any disciplinary action or complaint concerning his practice of law and is a member in good standing in each bar identified above.

4.      Mr. Sims has received, reviewed, and understands the Federal Rules of Civil

Procedure and the Local Rules of Court for the Western District of Pennsylvania, and is a

registered ECF user in this Court.

5.      The undersigned mover is also a registered ECF user in this Court and has read,

knows, and understands the Local Rules of Court for the Western District of Pennsylvania.

6.      The declaration of Joe Sims in support of this motion is attached as Exhibit A.

7.      The *pro hac vice* filing fee has been paid.

WHEREFORE, UPMC requests that this Court enter an Order admitting Mr. Sims *pro

hac vice* to appear before the Court in connection with this case.  A proposed order for admission

is attached.

Dated:  July 2, 2012                              Respectfully submitted,


*/s/ Rebekah B. Kcehowski*
Rebekah B. Kcehowski (Pa. ID 90219)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone:  (412) 391-3939
Fax:  (412) 394-7959
Email: rbkcehowski@jonesday.com

*One of the Attorneys for Defendant UPMC*