# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROYAL MILE COMPANY, INC.,
ROYAL MILE ASSET MANAGEMENT,
LLC and
PAMELA LANG,

Civil Action No. 2:10-cv-01609-JFC

*Related to Case 2:09-cv-480-JFC*

on their own behalf and on behalf of all other
similarly situated,

Plaintiffs,

vs

UPMC and HIGHMARK, INC.,

Defendants.

**ELECTRONICALLY FILED**

## MOTION FOR ADMISSION OF JENNIFER GIORDANO
## AS COUNSEL *PRO HAC VICE*

Defendant Highmark, Inc., by and through its undersigned counsel, respectfully moves the Court for an Order admitting Attorney Jennifer Giordano to practice law before the Court *pro hac vice,* pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, and in support thereof, sets forth as follows:

1.      The undersigned, John G. Ebken, is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is a partner and shareholder with the law firm of Gordon & Rees, LLP in Pittsburgh, Pennsylvania.

2.      Jennifer Giordano is a member in good standing of the Bars of the District of Columbia (Bar No. 496746), New York (Bar No. 4124913), Massachusetts (Bar No. 650537), as well as various federal courts.  Ms. Giordano is a partner of Latham & Watkins LLP, resident in the firm's Washington, DC office.  She has never been disbarred, suspended or denied admission to practice.  Her declaration is attached to this Motion as Exhibit A.

3.      The undersigned is aware of no impediment to Ms. Giordano's admission *Pro*

*Hac Vice* to the Bar of this Court.  The undersigned will remain co-counsel in this action if Ms. Giordano is admitted.

WHEREAS, the undersigned requests the entry of an Order granting Jennifer Giordano permission to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Highmark Inc.  An appropriate Order is attached.

Respectfully submitted,

GORDON & REES, LLP

Dated: July 10, 2012

By:___/s/ John G. Ebken_____
        John G. Ebken, Esquire
        Pa I.D. #91031
        Attorneys for Defendant Highmark,
        Inc.

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROYAL MILE COMPANY, INC.,
ROYAL MILE ASSET MANAGEMENT,
LLC and
PAMELA LANG,

Civil Action No. 2:10-cv-01609-JFC

*Related to Case 2:09-cv-480-JFC*

on their own behalf and on behalf of all other
similarly situated,

Plaintiffs,

vs

UPMC and HIGHMARK, INC.,

**ELECTRONICALLY FILED**

Defendants.

## DECLARATION OF JENNIFER GIORDANO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jennifer Giordano, hereby state as follows:

1.     I am over 18 years of age and make this Declaration based on personal knowledge.

2.     I am a partner in the law firm of Latham & Watkins LLP, which has been retained by Defendant Highmark Inc. in connection with this action.

3.     My business address is 555 Eleventh Street, N.W., Suite 2000, Washington, DC 20014-1304; my business telephone number is (202) 637-1013; my business fax is (202) 637-2201; and my email address is Jennifer.Giordano@lw.com.

4.     I am admitted to practice before the Courts of the District of Columbia, Massachusetts, New York, as well as the federal courts for the Southern District of New York, Eastern District of New York, Federal Circuit, District of Columbia District, District of Massachusetts, and the Western District of Wisconsin.

5.     I have not been denied admission or disciplined by this Court or any other court.

6.     I have never had any certificate of privilege to appear and practice before any regulatory administrative body suspended or revoked.

7.     I have never, either by resignation, withdrawal, or otherwise, terminated or attempted to terminate my office as an attorney in order to avoid administrative disciplinary, disbarment or suspension proceeds.

3

8.      I agree to pay the fee required by the Court for admission *pro hac vice*.  I also certify that I am or, within seven days of the granting of this motion, will be a registered user of the ECF in the United States District Court for the Western District of Pennsylvania and that I have read, know, and understand the Local Rules of the Court for the Western District of Pennsylvania.

9.      I respectfully request that I be admitted to practice in the United States District Court for the Western District of Pennsylvania FOR THE PURPOSES OF THIS MATTER ONLY.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Executed on this _10_ day of ___July___, 2012.

_Jennifer Giordano_

District of Columbia
Subscribed and sworn to before me, in my presence,
this _10_ day of __July__, __2012__
by _Jennifer Giordano_
_Carol a Mindzak_ Notary Public
My commission expires _____

Carol A. Mindzak
District of Columbia
My Comm. Expires Nov 14, 2013

CAROL A. MINDZAK
NOTARY PUBLIC
DISTRICT OF COLUMBIA

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROYAL MILE COMPANY, INC.,
ROYAL MILE ASSET MANAGEMENT,
LLC and
PAMELA LANG,

Civil Action No. 2:10-cv-01609-JFC

*Related to Case 2:09-cv-480-JFC*

on their own behalf and on behalf of all other
similarly situated,

               Plaintiffs,

   vs

UPMC and HIGHMARK, INC.,

**ELECTRONICALLY FILED**

               Defendants.

## ORDER FOR ADMISSION *PRO HAC VICE*

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice*, it is hereby

ORDERED that said Motion is GRANTED and Jennifer Giordano is hereby admitted to this

Court *pro hac vice* in the above-captioned proceedings as counsel for Defendant Highmark, Inc.

IT IS SO ORDERED.

Dated:_____

                              BY THE COURT,

                              _____

                              UNITED STATES DISTRICT JUDGE

HMRK/1080937/1300663 lv.1