IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., ROYAL MILE ASSET MANAGEMENT, LLC and PAMELA LANG, on their own behalf and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>UPMC and HIGHMARK, INC.,<br><br>Defendants. | Civil Action No. 2:10-cv-01609-JFC<br><br>*Related to Case 2:09-cv-480-JFC*<br><br><br><br><br><br>**ELECTRONICALLY FILED** |

## MOTION FOR ADMISSION OF ALFRED C. PFEIFFER, JR. AS COUNSEL *PRO HAC VICE*

Defendant Highmark, Inc., by and through its undersigned counsel, respectfully moves the Court for an Order admitting Attorney Alfred C. Pfeiffer, Jr. to practice law before the Court *pro hac vice,* pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, and in support thereof, sets forth as follows:

1. The undersigned, John G. Ebken, is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is a partner and shareholder with the law firm of Gordon & Rees, LLP in Pittsburgh, Pennsylvania.

2. Alfred C. Pfeiffer, Jr. is a member in good standing of the California Bar (Bar No. 120965), as well as various federal courts. Mr. Pfeiffer is a partner of Latham & Watkins LLP, resident in the firm's San Francisco, California office. He has never been disbarred, suspended or denied admission to practice. His declaration is attached to this Motion as Exhibit A.

3. The undersigned is aware of no impediment to Mr. Pfeiffer's admission *Pro Hac Vice*

to the Bar of this Court. The undersigned will remain co-counsel in this action if Mr. Pfeiffer is admitted.

WHEREAS, the undersigned requests the entry of an Order granting Alfred C. Pfeiffer, Jr. permission to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Highmark Inc. An appropriate Order is attached.

Respectfully submitted,

GORDON & REES, LLP

Dated: July __, 2012            By:    /s/ John G. Ebken
                                                       John G. Ebken, Esquire
                                                       Pa I.D. #91031
                                                       Attorneys for Defendant Highmark, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., ROYAL MILE ASSET MANAGEMENT, LLC and PAMELA LANG, <br><br>on their own behalf and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>UPMC and HIGHMARK, INC.,<br><br>Defendants. | Civil Action No. 2:10-cv-01609-JFC<br><br>*Related to Case 2:09-cv-480-JFC*<br><br><br><br><br><br><br>**ELECTRONICALLY FILED** |

### DECLARATION OF ALFRED C. PFEIFFER, JR. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alfred C. Pfeiffer, Jr., hereby state as follows:

1. I am over 18 years of age and make this Declaration based on personal knowledge.

2. I am a partner in the law firm of Latham & Watkins LLP, which has been retained by Defendant Highmark Inc. in connection with this action.

3. My business address is 505 Montgomery Street, Suite 2000, San Francisco, California 94111; my business telephone number is (415) 391-0600; my business fax is (415) 395-8095; and my email address is Al.Pfeiffer@lw.com.

4. I am admitted to the California Bar; my bar number is 120965. I am also admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the 8th, 9th and Federal Circuits, and the United States District Courts of the Central, Eastern, Southern and Northern Districts of California, the Western District of Wisconsin, and the Northern District of Illinois.

5. I have not been denied admission or disciplined by this Court or any other court.

6. I have never had any certificate of privilege to appear and practice before any regulatory administrative body suspended or revoked.

7. I have never, either by resignation, withdrawal, or otherwise, terminated or attempted to terminate my office as an attorney in order to avoid administrative, disciplinary, disbarment or suspension proceeds.

8. I agree to pay the fee required by the Court for admission *pro hac vice*. I also certify that I am or, within seven days of the granting of this motion, will be a registered user of the ECF in the United States District Court for the Western District of Pennsylvania and that I have read, know, and understand the Local Rules of the Court for the Western District of Pennsylvania.

9. I respectfully request that I be admitted to practice in the United States District Court for the Western District of Pennsylvania FOR THE PURPOSES OF THIS MATTER ONLY.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Executed on this ___ day of July 2012.

/s/ Alfred C. Pfeiffer, Jr.
Alfred C. Pfeiffer, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., ROYAL MILE ASSET MANAGEMENT, LLC and PAMELA LANG, on their own behalf and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>UPMC and HIGHMARK, INC.,<br><br>Defendants. | Civil Action No. 2:10-cv-01609-JFC<br><br>*Related to Case 2:09-cv-480-JFC*<br><br><br><br>**ELECTRONICALLY FILED** |

## ORDER FOR ADMISSION *PRO HAC VICE*

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that said Motion is GRANTED and Alfred C. Pfeiffer, Jr. is hereby admitted to this Court *pro hac vice* in the above-captioned proceedings as counsel for Defendant Highmark, Inc.

IT IS SO ORDERED.

Dated:_____

BY THE COURT,

_____
UNITED STATES DISTRICT JUDGE

HMRK/1080937/13051410v.1