UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., PAMELA LANG and COLE'S WEXFORD HOTEL, INC., <br><br> Plaintiffs, <br> v. <br><br> UPMC and HIGHMARK INC., <br><br> Defendants. | Civil Action No. 2:10-cv-01609-JFC <br><br> **Electronically Filed** |

ORDER

AND NOW, this  31st   day of October, 2012, upon consideration of the Joint Motion for an Extension of Highmark's Deadline to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint, which Motion was filed jointly by Plaintiffs and Highmark Inc., it is hereby ordered, adjudged and decreed that said Motion is GRANTED.  Highmark Inc. shall answer or otherwise respond to Plaintiffs' Second Amended Complaint, and/or or any subsequent complaint filed by Plaintiffs that supersedes the Second Amended Complaint, within ten (10) days of the date on which Plaintiffs' Motion for Preliminary Approval of Settlement is denied.  If Plaintiffs' Motion for Preliminary Approval of Settlement is granted, Highmark Inc. shall have no obligation to respond to any current or future complaints filed in this matter unless and until final approval of the Settlement Agreement is denied by the Court, in which case Highmark Inc. shall file its responsive pleading within ten (10) days of the date on which the order denying said final approval is entered.

IT IS SO ORDERED.

/s/ Joy Flowers Conti
Honorable Joy Flowers Conti
United States District Judge