IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., <br> PAMELA LANG and <br> COLE'S WEXFORD HOTEL, INC., <br> on their own behalf and on behalf of all <br> others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UPMC and <br> HIGHMARK, INC., <br><br> Defendants. | Case No. 2:10-cv-01609-JFC <br><br> Judge Joy Flowers Conti <br><br> *Related to Case 2:09-cv-480-JFC* |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Royal Mile Company, Inc., Pamela Lang and Cole's Wexford Hotel, Inc., by their undersigned counsel, Andrew M. Stone, Esquire, a member of the bar of the United States District Court for the Western District of Pennsylvania, hereby moves that Hamish Hume be admitted *pro hac vice* to practice before this Court in the captioned proceeding on behalf of Plaintiffs. In support, Movant certifies as follows:

1. Hamish Hume is a partner in the law firm of Boies, Schiller & Flexner LLP, practicing in Washington, D.C. Hamish Hume is a member in good standing of the Bar of New York and has been since January 1995. He is also a member in good standing of the Bar of the District of Columbia and has been since March 1996.

2. Hamish Hume is admitted to practice in the state and federal courts for New York and the District of Columbia.

3. Hamish Hume has never been disbarred, suspended or disciplined by any court.

4. Hamish Hume has registered as an ECF user in the United States District Court for the Western District of Pennsylvania. Also, he has received, reviewed, understands and agrees to comply with the Local Rules of Court for the Western District of Pennsylvania.

5. The Declaration of Hamish Hume in support of this Motion is attached.

6. The required filing fee to accompany Motions for Admission *Pro Hac Vice* has been paid.

WHEREFORE, Movant Andrew M. Stone, Esquire respectfully requests that the Court enter an Order in the form attached hereto admitting Hamish Hume to practice *pro hac vice* in the captioned proceeding.

Respectfully Submitted,

DEL SOLE CAVANAUGH STROYD LLC

| | |
|---|---|
| /s/ Arthur H. Stroyd, Jr. | /s/ Scott M. Hare |
| Arthur H. Stroyd, Jr., Esquire | Scott M. Hare, Esquire |
| Pa. I.D. No. 15910 | Pa. I.D. No. 63818 |
| astroyd@dscslaw.com | |
| | Scott@ScottLawPGH.com |
| Stephen J. Del Sole, Esquire | |
| Pa. I.D. No. 73460 | The Frick Building Suite 1806 |
| sdelsole@dscslaw.com | 437 Grant Street |
| | Pittsburgh, PA  15219 |
| Patrick K. Cavanaugh, Esquire | |
| Pa. ID No. 72960 | Tel:  412-338-8632 |
| pcavanaugh@dscslaw.com | |

200 1st Avenue, Suite 300
Pittsburgh, PA  15222

Tel:  412-261-2393

-3-

/s/ Andrew M. Stone
Andrew M. Stone, Esquire
Pa. I.D. No. 35176
astone@stone-law-firm.com


Stone Law Firm, LLC
The Frick Building Suite 1806
437 Grant Street
Pittsburgh, PA  15219

Tel:    412-391-2005



Counsel for Plaintiffs

Date:   November 19, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 19th, 2012, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Andrew M. Stone_____<br>
Andrew M. Stone, Esquire