IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROYAL MILE COMPANY, INC.,** ) <br> **PAMELA LANG** and ) <br> **COLE'S WEXFORD HOTEL, INC.,** ) <br> on their own behalf and on behalf of all ) <br> others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **UPMC** and ) <br> **HIGHMARK, INC.,** ) <br> ) <br> Defendants. ) | Case No. 2:10-cv-01609-JFC <br><br> Judge Joy Flowers Conti <br><br> *Related to Case 2:09-cv-480-JFC* |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Royal Mile Company, Inc., Pamela Lang and Cole's Wexford Hotel, Inc., by their undersigned counsel, Andrew M. Stone, Esquire, a member of the bar of the United States District Court for the Western District of Pennsylvania, hereby moves that Kathleen Kiernan be admitted *pro hac vice* to practice before this Court in the captioned proceeding on behalf of Plaintiffs. In support, Movant certifies as follows:

1. Kathleen Kiernan is an associate in the law firm of Boies, Schiller & Flexner LLP practicing in Washington, DC. Kathleen Kiernan is a member in good standing of the Bar of the District of Columbia and has been since October 3, 2011.

2. Kathleen Kiernan is admitted to practice in the state courts for the District of Columbia and the State of New York.

3. Kathleen Kiernan has never been disbarred, suspended or disciplined by any court.

4. Kathleen Kiernan has registered as an ECF user in the United States District Court for the Western District of Pennsylvania. Also, she has received, reviewed, understands and agrees to comply with the Local Rules of Court for the Western District of Pennsylvania.

5. The Declaration of Kathleen Kiernan in support of this Motion is attached.

6. The required filing fee to accompany Motions for Admission *Pro Hac Vice* has been paid.

WHEREFORE, Movant Scott M. Hare, Esquire respectfully requests that the Court enter an Order in the form attached hereto admitting Kathleen Kiernan to practice *pro hac vice* in the captioned proceeding.


Respectfully Submitted,

DEL SOLE CAVANAUGH STROYD LLC

/s/ Arthur H. Stroyd, Jr.
Arthur H. Stroyd, Jr., Esquire
Pa. I.D. No. 15910
astroyd@dscslaw.com

Stephen J. Del Sole, Esquire
Pa. I.D. No. 73460
sdelsole@dscslaw.com

Patrick K. Cavanaugh, Esquire
Pa. ID No. 72960
pcavanaugh@dscslaw.com


200 1st Avenue, Suite 300
Pittsburgh, PA  15222

Tel:   412-261-2393

/s/ Scott M. Hare
Scott M. Hare, Esquire
Pa. I.D. No. 63818

Scott@ScottLawPGH.com

The Frick Building Suite 1806
437 Grant Street
Pittsburgh, PA  15219

Tel:   412-338-8632

-3-

/s/ Andrew M. Stone
Andrew M. Stone, Esquire
Pa. I.D. No. 35176
astone@stone-law-firm.com


Stone Law Firm, LLC
The Frick Building Suite 1806
437 Grant Street
Pittsburgh, PA  15219

Tel:    412-391-2005



Counsel for Plaintiffs

Date:   November 19, 2012

-4-

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the 19th of November, 2012, a true and correct copy of the forgoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Andrew M. Stone_____
Andrew M. Stone, Esquire
