IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROYAL MILE COMPANY, INC.,** ) | |
| **PAMELA LANG** and ) | |
| **COLE'S WEXFORD HOTEL, INC.,** ) | Case No. 2:10-cv-01609-JFC |
| on their own behalf and on behalf of all ) | |
| others similarly situated, ) | Judge Joy Flowers Conti |
| ) | |
| Plaintiffs, ) | *Related to Case 2:09-cv-480-JFC* |
| ) | |
| v. ) | |
| ) | |
| **UPMC** and ) | |
| **HIGHMARK, INC.,** ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION OF DAVID B. HARRISON AS COUNSEL *PRO HAC VICE*

Plaintiffs Royal Mile Company, Inc., Pamela Lang and Cole's Wexford Hotel, Inc., by their undersigned counsel, Andrew M. Stone, Esquire, a member of the bar of the United States District Court for the Western District of Pennsylvania, hereby moves that David B. Harrison be admitted *pro hac vice* to practice before this Court in the captioned proceeding on behalf of Plaintiffs.  In support, Movant certifies as follows:

1.   David B. Harrison is an associate in the law firm of Stone & Magnanini LLP practicing in New Jersey. David B. Harrison is a member in good standing of the Bar of New Jersey and has been since 2008.

2.   David B. Harrison is admitted to practice in the state and federal courts for New Jersey and New York.

3.   David B. Harrison has never been disbarred, suspended or disciplined by any court.

4. David B. Harrison received, reviewed, understands and agrees to comply with the Local Rules of Court for the Western District of Pennsylvania.

5. The Declaration of David B. Harrison in support of this Motion is attached.

6. The required filing fee to accompany Motions for Admission *Pro Hac Vice* has been paid.

WHEREFORE, Movant Scott M. Hare, Esquire respectfully requests that the Court enter an Order in the form attached hereto admitting David B. Harrison to practice *pro hac vice* in the captioned proceeding.


Respectfully Submitted,

DEL SOLE CAVANAUGH STROYD LLC

| | |
|---|---|
| /s/ Arthur H. Stroyd, Jr. | /s/ Scott M. Hare |
| Arthur H. Stroyd, Jr., Esquire | Scott M. Hare, Esquire |
| Pa. I.D. No. 15910 | Pa. I.D. No. 63818 |
| astroyd@dscslaw.com | |
| | Scott@ScottLawPGH.com |
| Stephen J. Del Sole, Esquire | |
| Pa. I.D. No. 73460 | The Frick Building Suite 1806 |
| sdelsole@dscslaw.com | 437 Grant Street |
| | Pittsburgh, PA  15219 |
| Patrick K. Cavanaugh, Esquire | |
| Pa. ID No. 72960 | Tel:    412-338-8632 |
| pcavanaugh@dscslaw.com | |

200 1st Avenue, Suite 300
Pittsburgh, PA  15222

Tel:    412-261-2393

-3-

/s/ Andrew M. Stone
Andrew M. Stone, Esquire
Pa. I.D. No. 35176
astone@stone-law-firm.com


Stone Law Firm, LLC
The Frick Building Suite 1806
437 Grant Street
Pittsburgh, PA  15219

Tel:    412-391-2005



Counsel for Plaintiffs

Date:   November 19, 2012

-4-

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 19, 2012, a true and correct copy of the forgoing Motion for Admission of David B. Harrison as Counsel *Pro Hac Vice* was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Andrew M. Stone_____
Andrew M. Stone, Esquire
