IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., PAMELA LANG and COLE'S WEXFORD HOTEL, INC., on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UPMC and HIGHMARK INC., <br><br> Defendants. | Case No. 2:10-cv-01609-JFC <br><br> Judge Joy Flowers Conti <br><br> *Electronically Filed* <br><br> Related to Case No. 2:09-cv-00480-JFC |

## ORDER

AND NOW, this  17th  day of January, 2013, upon consideration of UPMC's Motion For Leave to File Documents Under Seal, it is hereby ORDERED, ADJUDGED and DECREED that UPMC's Motion For Leave to File Documents Under Seal is GRANTED.  UPMC shall file Exhibits C and D to the Declaration of S. Boochever and Exhibit 6 to its Memorandum In Opposition To Plaintiffs' and Highmark's Supplemental Submissions In Support of Motion For Preliminary Approval of Settlement, Preliminary Certification of the Class, and Approval of Notice to the Class under seal.

/s/ Joy Flowers Conti
_____
Hon. Joy Flowers Conti
United States District Judge