IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., <br> PAMELA LANG and <br> COLE'S WEXFORD HOTEL, INC., <br> on their own behalf and on behalf of all <br> others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UPMC and <br> HIGHMARK, INC., <br><br> Defendants. | Case No. 2:10-cv-01609-JFC <br><br> Judge Joy Flowers Conti <br><br> *Related to Case 2:09-cv-480-JFC* |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Royal Mile Company, Inc., Pamela Lang and Cole's Wexford Hotel, Inc., by their undersigned counsel, Andrew M Stone, Esquire, a member of the bar of the United States District Court for the Western District of Pennsylvania, hereby moves that Evan E. North be admitted *pro hac vice* to practice before this Court in the captioned proceeding on behalf of Plaintiffs. In support, Movant certifies as follows:

1.   Evan E. North is an associate in the law firm of Boies, Schiller & Flexner LLP practicing in Washington, DC. Evan E. North is a member in good standing of the Bar of the State of Colorado and has been since March 21, 2012.

2.   Evan E. North is admitted to practice in the state courts of Colorado, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Tenth Circuit.

3.   Evan E. North has never been disbarred, suspended or disciplined by any court.

4. Evan E. North has registered as an ECF user in the United States District Court for the Western District of Pennsylvania. Also, he has received, reviewed, understands and agrees to comply with the Local Rules of Court for the Western District of Pennsylvania.

5. The Declaration of Evan E. North in support of this Motion is attached.

6. The required filing fee to accompany Motions for Admission *Pro Hac Vice* has been paid.

WHEREFORE, Movant Andrew M. Stone, Esquire respectfully requests that the Court enter an Order in the form attached hereto admitting Evan E. North to practice *pro hac vice* in the captioned proceeding.

Respectfully Submitted,

/s/ Arthur H. Stroyd, Jr.
Arthur H. Stroyd, Jr., Esquire
Pa. I.D. No. 15910
Stephen J. Del Sole, Esquire
Pa. I.D. No. 73460
Patrick K. Cavanaugh, Esquire
Pa. ID No. 72960
DEL SOLE CAVANAUGH STROYD LLC
200 1st Avenue, Suite 300
Pittsburgh, PA  15222
Tel:    412-261-2393
Email: astroyd@dscslaw.com
Email: sdelsole@dscslaw.com
Email: pcavanaugh@dscslaw.com

/s/ Scott M. Hare
Scott M. Hare, Esquire
Pa. I.D. No. 63818
The Frick Building Suite 1806
437 Grant Street

/s/ Andrew M. Stone
Andrew M. Stone, Esquire
Pa. I.D. No. 35176
Stone Law Firm, LLC
The Frick Building Suite 1806
437 Grant Street
Pittsburgh, PA  15219
Tel: 412-391-2005
Email: astone@stone-law-firm.com

Pittsburgh, PA  15219
Tel:    412-338-8632
Email: Scott@ScottLawPGH.com

*Counsel for Plaintiffs*

Date:   January 29, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the 29th of January, 2013, a true and correct copy of the forgoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Andrew M. Stone_____
Andrew M. Stone, Esquire

-2-