IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., ) <br> PAMELA LANG and ) <br> COLE'S WEXFORD HOTEL, INC., ) <br> on their own behalf and on behalf of all ) <br> others similarly situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UPMC and ) <br> HIGHMARK, INC., ) <br> ) <br>     Defendants. ) | Case No. 2:10-cv-01609-JFC <br><br> Judge Joy Flowers Conti <br><br> *Related to Case 2:09-cv-480-JFC* |

## **ORDER**

AND NOW, this  7th day of  May, 2013, upon consideration of Plaintiffs' Motion to Withdraw Motion for Preliminary Approval of Settlement, Preliminary Certification of the Class, and Approval of Notice to the Class and the withdrawal of Highmark, Inc.'s opposition, it is hereby ORDERED that the Motion is GRANTED.

                                                    BY THE COURT:

                                                    /s/ Joy Flowers Conti
                                                    The Honorable Joy Flowers Conti