IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., )<br>PAMELA LANG and )<br>COLE'S WEXFORD HOTEL, INC., )<br>on their own behalf and on behalf of all )<br>others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UPMC and )<br>HIGHMARK, INC., )<br>)<br>Defendants. ) | Case No. 2:10-cv-01609-JFC<br><br>Judge Joy Flowers Conti |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Royal Mile Company, Inc., Pamela Lang and Cole's Wexford Hotel, Inc., by their undersigned counsel, Andrew M. Stone, Esquire, a member of the bar of the United States District Court for the Western District of Pennsylvania, hereby moves that Melissa Felder Zappala be admitted *pro hac vice* to practice before this Court in the captioned proceeding on behalf of Plaintiffs. In support, Movant certifies as follows:

1. Melissa Felder Zappala is a partner in the law firm of Boies, Schiller & Flexner LLP practicing in Washington, D.C. Melissa Felder Zappala is a member in good standing of the Bar of the State of New York and has been since January 25, 2006. She is also a member in good standing of the Bar of the District of Columbia and has been since December 11, 2006.

2. Melissa Felder Zappala is admitted to practice in the state courts of New York, the District of Columbia, the United States District Court for the District of

-2-

Columbia, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the First Circuit.

3. Melissa Felder Zappala has never been disbarred, suspended or disciplined by any court.

4. Melissa Felder Zappala has registered as an ECF user in the United States District Court for the Western District of Pennsylvania. Also, she has received, reviewed, understands and agrees to comply with the Local Rules of Court for the Western District of Pennsylvania.

5. The Declaration of Melissa Felder Zappala in support of this Motion is attached.

6. The required filing fee to accompany Motions for Admission *Pro Hac Vice* has been paid.

WHEREFORE, Movant Andrew M. Stone, Esquire respectfully requests that the Court enter an Order in the form attached hereto admitting Melissa Felder Zappala to practice *pro hac vice* in the captioned proceeding.

Respectfully Submitted,

/s/ Andrew M. Stone
Andrew M. Stone (Pa. No. 35176)
STONE LAW FIRM, LLC
The Frick Building, Suite 1806
437 Grant Street
Pittsburgh, PA 15219
Tel: 412-391-2005
Fax: 412-391-0853
astone@stone-law-firm.com

February 7, 2014

Hamish Hume (*pro hac vice*)
Evan E. North (*pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Tel: 202-237-2727
Fax: 202-237-6131
hhume@bsfllp.com
enorth@bsfllp.com

Scott M. Hare (Pa. No. 63818)
The Frick Building, Suite 1806
437 Grant Street
Pittsburgh, PA 15219
Tel: 412-338-8632
Fax: 412-338-6611
scott@scottlawpgh.com

Arthur H. Stroyd, Jr. (Pa. No. 15910)
Steven J. Del Sole (Pa. No. 73460)
Patrick K. Cavanaugh (Pa. No. 72960)
Benjamin J. Sweet (Pa. No. 87338)
DEL SOLE CAVANAUGH STROYD LLC
200 1st Avenue, Suite 300
Pittsburgh, PA 15222
Tel: 412-261-2393
Fax: 412-261-2110
astroyd@dscslaw.com
sdelsole@dscslaw.com

David Stone (*pro hac vice*)
David Harrison (*pro hac vice*)
Jason Spiro (*pro hac vice*)
STONE & MAGNANINI LLP
150 JFK Parkway
Short Hills, NJ 07078
Tel: 973-218-1111
Fax: 973-218-1106
dstone@stonemagnalaw.com
dharrison@stonemagnalaw.com
jspiro@stonemagnalaw.com

*Attorneys for Plaintiffs*
*Royal Mile Company, Inc., Pamela Lang, and Cole's Wexford Hotel*

-4-

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the 7th of February, 2014, a true and correct copy of the forgoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Andrew M. Stone
Andrew M. Stone, Esquire