UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL MILE COMPANY, INC., PAMELA LANG and COLE'S WEXFORD HOTEL, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> UPMC and HIGHMARK INC., <br><br>  Defendants. | Civil Action No. 2:10-cv-01609-JFC <br><br> ELECTRONICALLY FILED |

**MOTION FOR ADMISSION OF ANDREW J. ROBINSON
AS COUNSEL *PRO HAC VICE***

Defendant Highmark Inc., by and through its undersigned counsel, respectfully moves the Court for an Order admitting Attorney Andrew J. Robinson to practice law before the Court *pro hac vice*, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, and in support thereof, sets forth as follows:

1. The undersigned, Alexander W. Saksen, is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is a partner with the law firm of Gordon & Rees, LLP in Pittsburgh, Pennsylvania.

2. Andrew J. Robinson is a member in good standing of the Bars of the Commonwealth of Pennsylvania (Bar No. 306510) and the District of Columbia (Bar No. 1008003) as well as various federal courts. Mr. Robinson is an associate with the law firm Latham & Watkins LLP, resident in the firm's Washington, DC office. He has never been disbarred, suspended or denied admission to practice. His declaration is attached to this Motion as Exhibit A.

3. The undersigned is aware of no impediment to Mr. Robinson's admission *pro hac*

*vice* to the Bar of this Court. The undersigned will remain co-counsel in this action if Mr. Robinson is admitted.

  WHEREAS, the undersigned request the entry of an Order granting Andrew J. Robinson permission to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Highmark Inc. An appropriate Order is attached.

                Respectfully submitted,

                GORDON & REES, LLP

Dated:  January 13, 2016    By:  */s/ Alexander W. Saksen*
                Alexander W. Saksen
                GORDON & REES, LLP
                707 Grant Street, Suite 2305
                Pittsburgh, PA 15219
                Telephone: (412) 577-7400
                Facsimile: (412) 347-5461
                Email:  asaksen@gordonrees.com

                Attorney for Defendant Highmark Inc.