IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROYAL MILE COMPANY, INC.**, **PAMELA LANG** and **COLE'S WEXFORD HOTEL, INC.**, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **UPMC and HIGHMARK, INC**., <br><br> Defendants. | Case No. 2:10-cv-01609-JFC <br><br> **Judge Joy Flowers Conti** <br><br> *Electronically Filed* |

**ORDER ADOPTING SPECIAL MASTER REPORT & RECOMMENDATION # 4**

Upon consideration of Special Master Report and Recommendation #4 concerning threshold discovery disputes between Plaintiffs Royal Mile Company Inc., et al. and Defendant Highmark, Inc.,

It is this _____ day of _____, 2016:

**ORDERED** that objections to this Report & Recommendation are OVERRULED; and it is further

**ORDERED** that Special Master Report and Recommendation No. 4 be, and hereby is, adopted by the Court.

_____
Hon. Joy Flowers Conti
Chief United States District Judge