IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROYAL MILE COMPANY, INC.**, **PAMELA LANG** and **COLE'S WEXFORD HOTEL, INC.**, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**UPMC** and **HIGHMARK, INC.**,<br><br>Defendants. | Case No. 2:10-cv-01609-JFC<br><br>Judge Joy Flowers Conti |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel, Joshua P. Riley, Esquire, hereby moves to be admitted *pro hac vice* to practice before this Court in the captioned proceeding on behalf of Plaintiffs.  In support, Movant certifies as follows:

1. I am Counsel in the law firm of Boies, Schiller & Flexner LLP practicing in Washington, D.C.  I am a member in good standing of the Bar of the State of Florida and has been since October 2007. I am a member in good standing of the Bar of the District of Columbia and has been since May 2015.

2. I am admitted to practice in the state courts of Florida and the District of Columbia.

3. I have never been disbarred, suspended or disciplined by any court.

4. I am a registered as an ECF user in the United States District Court for the Western District of Pennsylvania.  I have received, reviewed, understand and agree to comply with the Local Rules of Court for the Western District of Pennsylvania.

-2-

5.I have attached my Affidavit in support of this Motion.

6.The required filing fee to accompany Motions for Admission *Pro Hac Vice* has been paid.

WHEREFORE, Movant respectfully requests that the Court enter an Order in the form attached hereto admitting me to practice *pro hac vice* in the captioned proceeding.

Respectfully Submitted,

Dated:  June 3, 2016/s/  Joshua P. Riley_____
Joshua P. Riley
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Tel: 202-237-2727
Fax: 202-237-6131
jriley@bsfllp.com

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the 3rd of June 2016, a true and correct copy of the forgoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Joshua P. Riley_____
Joshua P. Riley, Esquire