UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLE'S WEXFORD HOTEL, INC., on its own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HIGHMARK INC., <br><br> Defendant. | Civil Action No. 2:10-cv-01609-JFC <br><br><br> ELECTRONICALLY FILED |

## MOTION FOR ADMISSION OF DARIEN M. MEYER
## AS COUNSEL *PRO HAC VICE*

Defendant Highmark Inc., by and through its undersigned counsel, respectfully moves the Court for an Order admitting Attorney Darien M. Meyer to practice law before the Court *pro hac vice*, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, and in support thereof, sets forth as follows:

1. The undersigned, Richard T. Victoria, is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is a partner with the law firm of Gordon & Rees, LLP in Pittsburgh, Pennsylvania.

2. Darien M. Meyer is a member in good standing of the State Bar of California (Bar No. 273404), as well as various federal courts. Mr. Meyer is an associate with the law firm Latham & Watkins LLP, resident in the firm's San Francisco, CA office. He has never been disbarred, suspended or denied admission to practice. His declaration is attached to this Motion as Exhibit A.

3. The undersigned is aware of no impediment to Mr. Meyer's admission *pro hac vice* to the Bar of this Court. The undersigned will remain co-counsel in this action if Mr. Meyer is admitted.

WHEREAS, the undersigned request the entry of an Order granting Darien M. Meyer permission to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Highmark Inc. An appropriate Order is attached.

Respectfully submitted,

GORDON & REES, LLP

Dated:  October 20, 2016          By:   */s/Richard T. Victoria*
　　　　　　　　　　　　　　　　　　　　Richard T. Victoria
　　　　　　　　　　　　　　　　　　　　GORDON & REES, LLP
　　　　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2305
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Telephone: (412) 577-7400
　　　　　　　　　　　　　　　　　　　　Facsimile: (412) 347-5461
　　　　　　　　　　　　　　　　　　　　Email:  rvictoria@gordonrees.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Highmark Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion for Admission of Darien M. Meyer as Counsel *Pro Hac Vice* was served upon the following counsel of record via the Court's ECF system on October 20, 2016:

    Andrew M. Stone (astone@stones2.com)
    Scott Michael Hare (scott@scottlawpgh.com)
    Arthur H. Stroyd, Jr. (astroyd@dscslaw.com)
    David S. Stone (dstone@stonemagnalaw.com)
    Evan E. North (enorth@bsfllp.com)
    Hamish Hume (hhume@bsfllp.com)
    Joshua P. Riley (jriley@bsfllp.com)
    Melissa Felder Zappala (mzappala@bsfllp.com)
    Patrick K. Cavanaugh (pcavanaugh@dscslaw.com)
    Stephen J. Del Sole (sdelsole@dscslaw.com)
    Keith E. Whitson (kwhitson@schnader.com)
    Paul M. Pohl (pmpohl@jonesday.com)
    Anderson T. Bailey (atbailey@jonesday.com)
    Emily Ayoub Spanovich (espanovich@schnader.com)
    George E. McGrann (gmcgrann@schnader.com)
    Kathryn M. Fenton (kmfenton@jonesday.com)
    Leon F. DeJulius (lfdejulius@jonesday.com)
    Paul H. Titus (ptitus@schnader.com)
    Rebekah B. Kcehowski (rbkcehowski@jonesday.com)

    */s/Richard T. Victoria*
    Richard T. Victoria