UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLE'S WEXFORD HOTEL, INC., on its own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>UPMC and HIGHMARK INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:10-cv-01609-JFC<br><br>**ELECTRONICALLY FILED** |

## MOTION FOR ADMISSION OF WILLIAM M. FRIEDMAN
## AS COUNSEL *PRO HAC VICE*

Defendant Highmark Inc., by and through its undersigned counsel, respectfully moves the Court for an Order admitting Attorney William M. Friedman to practice law before the Court *pro hac vice*, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, and in support thereof, sets forth as follows:

1.　　The undersigned, Richard T. Victoria, is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is a partner with the law firm of Gordon & Rees, LLP in Pittsburgh, Pennsylvania.

2.　　William M. Friedman is a member in good standing of the Bars of Maryland and the District of Columbia (Bar No. 1035118).  Mr. Friedman is an associate with the law firm Latham & Watkins LLP, and resident in the firm's Washington, D.C. office.  He has never been disbarred, suspended, or denied admission to practice.  His declaration is attached to this Motion as Exhibit A and his certificate of good standing from the District of Columbia is attached as Exhibit B.

3.　　The undersigned is aware of no impediment to Mr. Friedman's admission *pro hac*

*vice* to the Bar of this Court. The undersigned will remain co-counsel in this action if Mr. Friedman is admitted.

WHEREAS, the undersigned requests the entry of an Order granting William M. Friedman permission to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Highmark Inc. A proposed Order is attached.

Respectfully submitted,

GORDON & REES, LLP

Dated: September 11, 2017    By: /s/ Richard T. Victoria
Richard T. Victoria
GORDON & REES, LLP
707 Grant Street, Suite 2305
Pittsburgh, PA 15219
Telephone: (412) 577-7400
Facsimile: (412) 347-5461
Email: rvictoria@grsm.com

Attorney for Defendant Highmark Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Motion for Admission of Counsel *Pro Hac Vice* was served upon was served upon counsel of record for the parties via this Court's CM/ECF system on September 11, 2017:

      /s/Richard T. Victoria
      Richard T. Victoria