UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLE'S WEXFORD HOTEL, INC., on its own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UPMC and HIGHMARK INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:10-cv-01609-JFC<br><br>**ELECTRONICALLY FILED** |

### MOTION FOR ADMISSION OF ELYSE M. GREENWALD AS COUNSEL *PRO HAC VICE*

Defendant Highmark Inc., by and through its undersigned counsel, respectfully moves the Court for an Order admitting Attorney Elyse M. Greenwald to practice law before the Court *pro hac vice*, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, and in support thereof, sets forth as follows:

1.　The undersigned, Richard T. Victoria, is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is a partner with the law firm of Gordon & Rees, LLP in Pittsburgh, Pennsylvania.

2.　Elyse M. Greenwald is a member in good standing of the Bars of California (Bar No. 268050) and Massachusetts (Bar No. 568889) and admitted to practice in various federal courts. Ms. Greenwald is an associate with the law firm of Latham & Watkins LLP, resident in the firm's Boston office. She has never been disbarred, suspended, or denied admission to practice. Her declaration is attached to this Motion as Exhibit A and her certificate of good standing from Massachusetts is attached as Exhibit B.

3.　The undersigned is aware of no impediment to Ms. Greenwald's admission *pro*

*hac vice* to the Bar of this Court.  The undersigned will remain co-counsel in this action if Ms. Greenwald is admitted.

WHEREAS, the undersigned request the entry of an Order granting Elyse M. Greenwald permission to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Highmark Inc.  A proposed Order is attached.

                                                  Respectfully submitted,

                                                  GORDON & REES, LLP

Dated:  September 11, 2017          By:  /s/ Richard T. Victoria
                                                  Richard T. Victoria
                                                  GORDON & REES, LLP
                                                  707 Grant Street, Suite 2305
                                                  Pittsburgh, PA 15219
                                                  Telephone: (412) 577-7400
                                                  Facsimile: (412) 347-5461
                                                  Email:  rvictoria@grsm.com

                                                  *Attorney for Defendant Highmark Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Motion for Admission of Counsel *Pro Hac Vice* was served upon was served upon counsel of record for the parties via this Court's CM/ECF system on September 11, 2017:

                                          /s/Richard T. Victoria
                                          Richard T. Victoria