UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLE'S WEXFORD HOTEL, INC., on its own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>         v.<br><br>UPMC and HIGHMARK INC.,<br><br>                    Defendants. | Civil Action No. 2:10-cv-01609-JFC<br><br>**ELECTRONICALLY FILED** |

## MOTION FOR ADMISSION OF ALLYSON M. MALTAS AS COUNSEL *PRO HAC VICE*

Defendant Highmark Inc., by and through its undersigned counsel, respectfully moves the Court for an Order admitting Attorney Allyson M. Maltas to practice law before the Court *pro hac vice*, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, and in support thereof, sets forth as follows:

1. The undersigned, Richard T. Victoria, is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is a partner with the law firm of Gordon & Rees, LLP in Pittsburgh, Pennsylvania.

2. Allyson M. Maltas is a member in good standing of the Bars of Maryland and the District of Columbia (Bar No. 494566). Ms. Maltas is counsel with the law firm Latham & Watkins LLP, and resident in the firm's Washington, D.C. office. She has never been disbarred, suspended, or denied admission to practice. Her declaration is attached to this Motion as Exhibit A.

3. The undersigned is aware of no impediment to Ms. Maltas's admission *pro hac vice* to the Bar of this Court. The undersigned will remain co-counsel in this action if Ms. Maltas is admitted.

WHEREAS, the undersigned requests the entry of an Order granting Allyson M. Maltas permission to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Highmark Inc. An appropriate Order is attached.

Respectfully submitted,

GORDON & REES, LLP

Dated:  August 23, 2018         By:   /s/Richard T. Victoria
                                      Richard T. Victoria
                                      GORDON & REES, LLP
                                      707 Grant Street, Suite 2305
                                      Pittsburgh, PA 15219
                                      Telephone: (412) 577-7400
                                      Facsimile: (412) 347-5461
                                      Email:  rvictoria@grsm.com

                                      Attorney for Defendant Highmark Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion for Admission of Allyson M. Maltas as Counsel *Pro Hac Vice* was served via the Court's ECF system on August 23, 2018.

    /s/Richard T. Victoria
Richard T. Victoria