IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLE'S WEXFORD HOTEL, INC.,** on their own behalf and on behalf of all others similarly situated, | ) ) ) ) | Case No. 2:10-cv-01609-JFC |
| Plaintiffs, | ) ) | Judge Joy Flowers Conti |
| v. | ) ) ) | |
| **HIGHMARK, INC.,** | ) ) | |
| Defendants. | ) ) ) ) | |

## MOTION FOR ADMISSION OF JULIO GOMEZ AS COUNSEL *PRO HAC VICE*

The undersigned counsel, Julio Gomez, Esquire, hereby moves to be admitted *pro hac vice* to practice before this Court in the captioned proceeding on behalf of Plaintiffs. In support, Movant certifies as follows:

1. I am a Senior Associate at the law firm of Stone & Magnanini LLP practicing in New Jersey. I am a member in good standing of the Bar of New Jersey and have been since 1998.

2. I am admitted to practice in the state and federal courts for New Jersey.

3. I have never been disbarred, suspended or disciplined by any court.

4. I am registered as an ECF user in the United States District Court for the Western District of Pennsylvania. I have received, reviewed, understand and agree to comply with the Local Rules of Court for the Western District of Pennsylvania.

5. The have attached my Affidavit in support of this Motion.

-2-

5. The required filing fee to accompany Motions for Admission *Pro Hac Vice* has been paid.

WHEREFORE, Movant respectfully requests that the Court enter an Order in the form attached hereto admitting me to practice *pro hac vice* in the captioned proceeding.

Dated: March 4, 2019                                   Respectfully Submitted,


                                                       \s\ Julio Gomez_____
                                                       Julio Gomez, Esquire
                                                       STONE & MAGNANINI LLP
                                                       100 Connell Drive, Suite 2200
                                                       Berkeley Heights, NJ 07922
                                                       Tel: 973-218-1111
                                                       Fax: 973-218-1106
                                                       jgomez@stonemagnalaw.com

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 4, 2019, a true and correct copy of the forgoing Motion for Admission of Julio Gomez as Counsel *Pro Hac Vice* was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Julio Gomez_____
Julio Gomez, Esquire