IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COLE'S WEXFORD HOTEL, INC.,** on its own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**UPMC** and **HIGHMARK INC.,**<br><br>　　　　Defendants. | Case No. 2:10-cv-01609-JFC<br><br>Judge Joy Flowers Conti |

**PLAINTIFF'S AND HIGHMARK'S MOTION FOR PRELIMINARY
<u>APPROVAL OF SETTLEMENT AND RELATED MATTERS</u>**

Plaintiff class representative, Cole's Wexford Hotel, Inc. ("Plaintiff"), and Defendant Highmark Inc. ("Highmark"), through undersigned counsel, following extensive mediation and negotiation of a settlement resolving all claims against Highmark in the above-captioned litigation (the "Settlement"), having executed the Settlement Agreement dated December 19, 2019 (the "Agreement"), respectfully move the Court for entry of an Order:

1. Preliminarily approving the Settlement on the terms set forth in the Agreement;

2. Approving the form, substance, and requirements of the: (a) proposed notice; (b) proposed notice plan; (c) proposed claim form; (d) proposed settlement administrators; and (e) proposed preliminary plan of allocation; and

3. Setting forth a schedule and procedures for: (a) dissemination or publication of the notice; (b) objecting to the Settlement; (c) requesting exclusion from the Settlement Class; (d) rescinding any prior exclusion request in accordance with the notice; (e) submitting papers in support of final approval of the Settlement; and (f) the Settlement Hearing.

For the reasons more fully set forth in the accompanying Brief in Support of Plaintiff's and Highmark's Motion for Preliminary Approval of Settlement and Related Matters, Plaintiff and Highmark respectfully request that the Court enter the Proposed Order attached hereto.

Respectfully submitted,

/s/ Margaret M. Zwisler
Margaret M. Zwisler (*pro hac vice*)
Jennifer L. Giordano (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Margaret.Zwisler@lw.com
Email: Jennifer.Giordano@lw.com

Alfred C. Pfeiffer, Jr. (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Al.Pfeiffer@lw.com

John G. Ebken
Richard T. Victoria
GORDON & REES LLP
707 Grant Street, 38th Floor
Pittsburgh, PA 15219
Telephone: (412) 577-7400
Facsimile: (412) 347-5461
Email: jebken@gordonrees.com
Email: rvictoria@gordonrees.com

*Attorneys for Highmark*

/s/ Hamish Hume
Hamish Hume (*pro hac vice*)
Melissa Felder Zappala (*pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave NW
Washington, D.C. 20005
Tel: 202-237-2727
Fax: 202-237-6131
hhume@bsfllp.com
mzappala@bsfllp.com

Arthur H. Stroyd, Jr. (Pa. No. 15910)
Steven J. Del Sole (Pa. No. 73460)
Patrick K. Cavanaugh (Pa. No. 72960)
DEL SOLE CAVANAUGH STROYD LLC
200 1st Avenue, Suite 300
Pittsburgh, PA 15222
Tel: 412-261-2393
Fax: 412-261-2110
astroyd@dscslaw.com
sdelsole@dscslaw.com

Andrew M. Stone (Pa. No. 35176)
STONE LAW FIRM, LLC
The Frick Building, Suite 1806
437 Grant Street
Pittsburgh, PA 15219
Tel: 412-391-2005
Fax: 412-391-0853
astone@stone-law-firm.com

Scott M. Hare (Pa. No. 63818)
The Frick Building, Suite 1806
437 Grant Street
Pittsburgh, PA 15219
Tel: 412-338-8632
Fax: 412-338-6611
scott@scottlawpgh.com

David Stone (*pro hac vice*)
Julio Gomez (*pro hac vice*)
STONE & MAGNANINI LLP
100 Connell Dr. #2200
Berkeley Heights, NJ 07922
Tel: 973-218-1111 Fax: 973-218-1106
dstone@stonemagnalaw.com
jgomez@stonemagnalaw.com

Dated:  December 20, 2019                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 20, 2019, a true and correct copy of the foregoing was served on all counsel of record by the Court's electronic filing system (CM/ECF).

*/s/ Hamish Hume*
Hamish Hume