IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COLE'S WEXFORD HOTEL, INC.,** on its own behalf and on behalf of all others similarly situated, | ) ) ) ) Case No. 2:10-cv-01609-JFC |
| Plaintiffs, | ) ) Judge Joy Flowers Conti |
| v. | ) ) |
| **UPMC** and **HIGHMARK, INC.,** | ) ) ) |
| Defendants. | ) ) ) ) |

## PLAINTIFF AND HIGHMARK'S JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH HIGHMARK

Plaintiff class representative, Cole's Wexford Hotel, Inc. ("Plaintiff"), and Defendant Highmark, Inc. ("Highmark"), through undersigned counsel, following extensive negotiation of a settlement resolving all claims against Highmark in the above-captioned litigation, executed the Settlement Agreement dated December 19, 2019, as amended, and, after hearings, received preliminary settlement approval from the Court on February 12, 2020. Dkt. 707. Now, for the reasons more fully set forth in the accompanying Brief in Support of this Motion, Plaintiff and Highmark respectfully move the Court for final approval of their Settlement Agreement, and request that the Court enter the attached proposed Order and Final Judgment.

Respectfully submitted,

/s/ *Margaret Zwisler*
Margaret M. Zwisler (pro hac vice)
Jennifer L. Giordano (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

/s/ *Hamish Hume*
Hamish Hume (pro hac vice)
Melissa Felder Zappala (pro hac vice)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave.
Washington, D.C. 20005
Tel: 202-237-2727
Fax: 202-237-6131

| | |
|---|---|
| Email: Margaret.Zwisler@lw.com<br>Email: Jennifer.Giordano@lw.com<br><br>Alfred C. Pfeiffer, Jr. (pro hac vice)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: Al.Pfeiffer@lw.com<br><br>John G. Ebken<br>Richard T. Victoria<br>GORDON & REES LLP<br>707 Grant Street, 38th Floor<br>Pittsburgh, PA 15219<br>Telephone: (412) 577-7400<br>Facsimile: (412) 347-5461<br>Email: jebken@gordonrees.com<br>Email: rvictoria@gordonrees.com<br><br>*Attorneys for Highmark* | hhume@bsfllp.com<br>mzappala@bsfllp.com<br>enorth@bsfllp.com<br><br>Arthur H. Stroyd, Jr. (Pa. No. 15910)<br>Steven J. Del Sole (Pa. No. 73460)<br>Patrick K. Cavanaugh (Pa. No. 72960)<br>DEL SOLE CAVANAUGH STROYD LLC<br>200 1st Avenue, Suite 300<br>Pittsburgh, PA 15222<br>Tel: 412-261-2393<br>Fax: 412-261-2110<br>astroyd@dscslaw.com<br>sdelsole@dscslaw.com<br><br>Andrew M. Stone (Pa. No. 35176)<br>STONE LAW FIRM, LLC<br>The Frick Building, Suite 1806<br>437 Grant Street<br>Pittsburgh, PA 15219<br>Tel: 412-391-2005<br>Fax: 412-391-0853<br>astone@stone-law-firm.com<br><br>/s/ *Scott Michael Hare*<br>Scott M. Hare (Pa. No. 63818)<br>The Frick Building, Suite 1806<br>437 Grant Street<br>Pittsburgh, PA 15219<br>Tel: 412-338-8632<br>Fax: 412-338-6611<br>scott@scottlawpgh.com<br><br>David Stone (pro hac vice)<br>STONE & MAGNANINI LLP 150 JFK<br>Parkway Short Hills, NJ 07078 Tel: 973-218-1111 Fax: 973-218-1106<br>dstone@stonemagnalaw.com |
| Dated: March 12, 2020 | *Attorneys for Plaintiff* |

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on March 12, 2020, a true and correct copy of the foregoing was served on all counsel of record by the Court's electronic filing system (CM/ECF).

*/s/ Hamish Hume*
Hamish Hume