IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COLE'S WEXFORD HOTEL, INC.,** on its own behalf and on behalf of all others similarly situated, | ) ) ) ) Case No. 2:10-cv-01609-JFC |
| Plaintiffs, | ) ) Judge Joy Flowers Conti |
| v. | ) ) |
| **UPMC** and **HIGHMARK INC.,** | ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File redacted exhibits, the Court hereby ORDERS that:

1. Plaintiff may file unredacted versions of Exhibits B, C and D of the Affidavit of Samantha Ries, Senior Project Manager of Rust Consulting with the Clerk of Courts; and

2. Plaintiff shall file a redacted version of Exhibits B, C and D of the Affidavit of Samantha Ries, Senior Project Manager of Rust Consulting on the docket in the above-captioned action.

SO ORDERED.

s/Joy Flowers Conti
_____
The Honorable Joy Flowers Conti

Dated: April 22, 2021